NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

COY VAUGHN BENTLEY,                  )
                                     )
      Appellant,                     )
                                     )
v.                                   )          Case No. 2D18-4200
                                     )
TUYEN TUTU BENTLEY,                  )
                                     )
      Appellee.                      )
_____)

Opinion filed May 24, 2019.

Appeal from the Circuit Court for Pinellas
County; Jack Helinger, Judge.

Peter N. Meros, of Meros Smith Lazzara &
Olney P A. of Saint Petersburg for
Appellant.

Brandon S. Veasley, of The Florida
Appellate Firm. P.A., of Saint Petersburg,
for Appellee.

PER CURIAM.

      Affirmed.

CASANUEVA, KELLY, and LUCAS, JJ., Concur.